US District Court Southern District of New York
(USDC) (SDNY)

RECEIVED
APR 2 2024
PRO SE OFFICE

YUNG, JOHN

vs.

Mayor Adams NYC,
NYC Dept of Corrections,
THE People of NY

ProSe Emergency
Writ of
Habeus Corpus KINGS COUNTY
IND 71296-001/23 2023KN0000

I, JOHN YUNG (Book&Case 1132400018), respectfully request immediate release from wrongful imprisonment at NYC Rikers Island Prison. I have been wrongfully imprisoned since Jan 8. 2024 without bail set. My lawyer have stopped helping me and disconnected his contact number. My constitutional rights, civil rights and human rights have been violated. I pray for relief at SDNY federal courts. Supporting statement attached

Sincerely and Respectfully Submitted,

JOHN YUNG (3/13/2024) 1132400018 Book&Case#

[signature]

KINGS COUNTY SUPREME COURT (case IND 71296-23 001)

8L OBCC 1600 Haze St E. Elmhurst, NY 11370
10-10 Hazen St. East Elmhurst, NY 11370
1606 Hazen St (West Facility) East Elmhurst, NY 11370

Additional Statements in Support

While remanded at Rikers for wrongfully imprisoned.
I cannot prepare my defense safely and normally,.
Contacts with my lawyer has been unreliable along with family as well. My phone number to my mother is not reachable ever. My previous lawyer phone has been disabled after a few days after 1/8/24. There has been involuntary blood draw requests after explicit refusals violating my HIPPAA rights.
There has been many difficulties here that render my ability to prepare my defense ineffective. I don't belong here and I am effectively penalized for asking to speak up for my own defense on 1/8/243 about my Constutional Rights, and other Rights as previously mentioned. Even my letters to State supreme courts sent twice in early Sept, 23 were not acknowledged, stating no contact with Legal aid lawyer after 15 days of leaving messages asking for Brady evidence and Rights Violations and dismissal motion of charges. Still to this day discovery is not complete after numerous requests for civilia-n corroborating testimony/evidence-cam-banks, bodycam footage (P.O.Ramos, Lisa) showing my breakfast food in passendnger side of my car.

Respectfully Submitted, 3/18/24 John Yung (Bookcase 1132400018)

Relocated to West Facility on 3/18/24 for at least a week

To contact, set video conf or in person visit

# Affirmation of Service

I affirm I sent a copy of this via US Mail submitted Writ to the following parties at issue on March 18, 24 mon. at West Facility 1606 Hazen St, E. Elmhurst NY 11370 and verbally confirmed by the CO at that time & date of the facility. This mail to SDNY is a resend after calling SDNY prose office today 3/26/24.

Prose Office
500 Pearl St
NY NY 10007

Mayor Adams Off.
City Hall Park
City Hall
NY, NY 10007

Warden
1600 Hazen St
E Elmhurst, NY 11370

3/26/24 tue
JOHN YUNG

Tyrone Baron 4410230409
16-00 Hazen St.
East Elmhurst NY 11370

MID-ISLAND NY 117
29 MAR 2024 PM 4 L

RECEIVED
APR 1 2024
PRO SE OFFICE

Prose Intake
USDC SDNY
500 Pearl St.
NY, NY 10007

USDC SDNY

10007-131699